■ TEHAN'S CATALOG SHOWROOMS, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 117360.) (Appeal No. 1.) [987 NYS2d 920]—Appeal from a decision of the Court of Claims (Christopher J. McCarthy, J.), entered September 6, 2012. The decision determined that claimant is entitled to an award of damages.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]). Present—Smith, J.P., Centra, Carni, Whalen and DeJoseph, JJ.